**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rockey's Moving & Storage, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-2666887** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2305 S. Ft. Hood St.** **Killeen, TX 76542** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bell** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.rockeysmoving.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____4931_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Rockey's Moving & Storage, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Rockey's Moving & Storage, LLC**                    Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2017**
               MM / DD / YYYY

**X** **/s/ Barcley Houston**                              **Barcley Houston**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Representative for Rockey's Moving & Storage, LLC**

**18. Signature of attorney**

**X** **/s/ William B. Kingman**                          Date **May 31, 2017**
Signature of attorney for debtor                               MM / DD / YYYY

**William B. Kingman**
Printed name

**Law Offices of William B. Kingman, PC**
Firm name

**3511 Broadway**
**San Antonio, TX 78209**
Number, Street, City, State & ZIP Code

Contact phone   **(210) 829-1199**    Email address   **bkingman@kingmanlaw.com**

**11476200**
Bar number and State

Fill in this information to identify the case:

Debtor name **Rockey's Moving & Storage, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 31, 2017**__          X **/s/ Barcley Houston**
                                                    Signature of individual signing on behalf of debtor

                                                    **Barcley Houston**
                                                    Printed name

                                                    **Authorized Representative for Rockey's Moving & Storage, LLC**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rockey's Moving & Storage, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Euler Hermes 800 Red Brook Blvd. Ste. 400C Owings Mills, MD 21117 | | Trade debt | Disputed | | | $163,022.86 |
| Charles Dunn 800 W 6th St., #600 Los Angeles, CA 90017 | | Lease | | | | $97,759.25 |
| American Express PO Box 650448 Dallas, TX 75265 | | Trade debt | | | | $79,444.16 |
| Pinnacol Assurance Dept 500 Denver, CO 80281-0500 | | Trade debt | | | | $56,543.00 |
| Direct Bill Services PO Box 7247-0327 Philadelphia, PA 19170 | | Trade debt | | | | $29,465.20 |
| Brockway, Gersbach & Niemeier, PC 3520 SW HK Dodgen Loop Temple, TX 76504 | | Professional Services | | | | $23,050.00 |
| Texas Mutual 6210 E Hyw. 290 Austin, TX 78723 | | Trade debt | | | | $19,923.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Rockey's Moving & Storage, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Dept. of Transportation Federal Motor Carrier Safety Administrat Golden Hills Office Centre 12600 W. Colfax Ave., Ste. B-300 Denver, CO 80215** | | **Civil Penalty** | | | | **$19,020.00** |
| **American Relocation Service Inc. PO Box 261967 Encino, CA 91426** | | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | **$16,950.00** |
| **Express Shipping International PO Box 261968 Encino, CA 91426** | | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | **$13,200.00** |
| **Jet Fwd PO Box 4359 Torrance, CA 90510** | | **Trade debt** | | | | **$9,168.01** |
| **Transpo Services LTD - Cartwright 4411 E. 119th St. Grandview, MO 64030** | | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | **$5,214.28** |
| **Cactus Consolidators, L.P. 1515 E. Broadway Missoula, MT 59802** | | **Trade debt** | **Unliquidated Disputed Subject to Setoff** | | | **$4,901.87** |
| **Rebecca Hoffman 3069 Lakefront Dr. Monument, CO 80132** | | **NTS Claim** | **Disputed** | | | **$4,430.96** |
| **Arif Khan 8504 Tierra Ct. Fort Worth, TX 76126** | | **Disputed claim for damages** | **Disputed** | | | **$3,900.00** |
| **Entrust Client Services 22322 Grand Corner Dr. Ste. 200 Katy, TX 77494** | | **Trade debt** | | | | **$3,557.15** |

| Debtor | Rockey's Moving & Storage, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Albert Uresti, M.P.A., PCC Bexar County Tax Assessor Vista Verde Plaza Building 233 N. Pecos La Trinidad San Antonio, TX 78207 | | Returned Check | | | | $2,988.70 |
| Charter Prop. 1201 Arthur Ave. Elk Grove Village, IL 60007 | | Trade debt | | | | $2,748.25 |
| Go2/Movers Source 701 Lee St. Ste. 1050 Des Plaines, IL 60016-9000 | | Trade debt | | | | $2,469.86 |
| Cynthia Ryan 17620 Spur Ranch Rd. Peyton, CO 80831 | | NTS Claim | | | | $2,069.94 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re   **Rockey's Moving & Storage, LLC**                                Case No.

                                          Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Escondido Ventures, LLC**<br>**2305 S. Ft. Hood St.**<br>**Killeen, TX 76542** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Authorized Representative for Rockey's Moving & Storage, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 31, 2017**                           Signature   **/s/ Barcley Houston**

                                                                      **Barcley Houston**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   **Rockey's Moving & Storage, LLC**

                                 Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative for Rockey's Moving & Storage, LLC of the corporation named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 31, 2017**

**/s/ Barcley Houston**
**Barcley Houston/Authorized Representative for Rockey's Moving & Storage, LLC**
Signer/Title

19th Hole Pawn Shop
1520 S. Ft. Hood St.
Killeen, TX 76542


A-1 Fire & Security Equipment
1618 Exchange Pkwy.
PO Box 7654
Waco, TX 76714


A-1 Fire and Safety Equipment
6701 Imperial Dr.
Waco, TX 76712


Abba Intl
10512 19th Ave. SE
Ste. 300
Everett, WA 98208


Able Forwarders, Inc.
2920 Cass Rd.
Traverse City, MI 49684


ACH Pest & Termite Management
6625 Brooks Dr.
Temple, TX 76502


Adrian Bancker
5331 Stormy Autumn
San Antonio, TX 78247


ADT Tyco
PO Box 371967
Pittsburgh, PA 15250


Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207


Alex Collins
1155 Pond Side Dr.
Colorado Springs, CO 80911

```
Ally
PO Box 9001948
Louisville, KY 40290


Alpine Forwarders
10512 19th Ave., Ste. 200
Everett, WA 98208


American Express
PO Box 650448
Dallas, TX 75265


American Red Ball Forwarders
1335 Sadlier Circle East Dr.
Indianapolis, IN 46239


American Relocation Service Inc.
PO Box 261967
Encino, CA 91426


Andrew Kirkendall
15759 Greenstone Ln.
Parker, CO 80134


Apaca Van Lines
2445 Wayside Ct.
Colorado Springs, CO 80915


Apollo
PO Box 369
Rodeo, CA 94572


Arif Khan
8504 Tierra Ct.
Fort Worth, TX 76126


AT&T
PO Box 10514
Atlanta, GA 30348


AT&T
PO Box 5001
Carol Stream, IL 60197
```

Atlas Van Lines
1212 St. George Rd.
Evansville, IN 47711


Atmos Energy
PO Box 790311
Saint Louis, MO 63179


Auto Deals Service
12838 San Pedro Ave.
San Antonio, TX 78216


B & S Services
8288 Acres Rd.
Temple, TX 76501


Baird, Crews, Schiller & Whitaker, P.C.
15 N. Main
Temple, TX 76501


Beasley Tire Service
1015 SE Loop 410
PO Box 200051
San Antonio, TX 78220


Bell County Tax Assessor Collector
Belton Courthouse Annex
550 E. 2nd Ave.
Belton, TX 76513


Brilliant Energy
800 Wilcrest Dr.
Ste. 109
Houston, TX 77042


Brockway, Gersbach & Niemeier, PC
3520 SW HK Dodgen Loop
Temple, TX 76504


Cactus Consolidators, L.P.
1515 E. Broadway
Missoula, MT 59802

Cedric Calloway
2611 Gardner Park Dr.
Fayetteville, NC 28304


Centex Moving & Storage, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Century Leasing
12838 San Pedro Ave
San Antonio, TX 78216


Century Link
PO Box 52187
Phoenix, AZ 85072


Century Link
PO Box 2961
Phoenix, AZ 85062


Charlene Cheney
18 St Lo Dr.
Colorado Springs, CO 80919


Charles Dunn
800 W 6th St., #600
Los Angeles, CA 90017


Charter Prop.
1201 Arthur Ave.
Elk Grove Village, IL 60007


Charter Transportation
1500 Arthur Ave.
Elk Grove Village, IL 60007


Chase Auto Finance
PO Box 78068
Phoenix, AZ 85062


Cinco Star Forwarding
20501 Katy Freeway
Ste. 203
Katy, TX 77450

```
Cintas Corp
PO Box 650838
Dallas, TX 75265


City of Killeen/Utility
PO Box 549
Killeen, TX 76540


City of Temple
PO Box 878
Temple, TX 76503


Coast Transfer & Storage
PO Box 261969
Encino, CA 91436


Coleman American Moving
PO Box 150387
Ogden, UT 84415


Colorado Dept of Labor & Employment
PO Box 8789
Denver, CO 80201


Colorado Springs Utilities
PO Box 1103
Colorado Springs, CO 80947


Cordell & Co. Insurance
PO Box 12129
Fort Worth, TX 76110


Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264


CSNS Relocation
5995 Wilcox Place, #H
Dublin, OH 43016


CTRMA Processing
PO Box 16777
Austin, TX 78761
```

Cynthia Ryan
17620 Spur Ranch Rd.
Peyton, CO 80831


David Colbrath Transmission & Automotive
313 E. Nakoma
San Antonio, TX 78216


Debbie Teague
HQ Military SDDC
Traffic Management Specialist
Personal Property QA Division
Scott Air Force Base, IL 62225


Denali
PO Box 389666
Seattle, WA 98138


Dept of Defense
Office of the Judge Advocate General
9053 First St
Suite 102
Norfolk, VA 23511


DH Pace Co
1935 Victor Place
Colorado Springs, CO 80915


Direct Bill Services
PO Box 7247-0327
Philadelphia, PA 19170


DOCUMATION of San Antonio, Inc.
4560 Lockhill Selma
San Antonio, TX 78249


Documentation
PO Box 10306
Des Moines, IA 50306


Drew Gibbs
The Carlson Law Firm, P.C.
11606 N. IH-35
Austin, TX 78753

E470 Public Hwy Authority
PO Box 5470
Denver, CO 80217

El Paso County Treasurer
PO Box 2018
Colorado Springs, CO 80901

Elizabeth River Tunnels
700 Port Centre Pkwy.
Ste. 2B
Portsmouth, VA 23704

Entrust Client Services
22322 Grand Corner Dr.
Ste. 200
Katy, TX 77494

Escondido Ventures, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542

Euler Hermes
800 Red Brook Blvd.
Ste. 400C
Owings Mills, MD 21117

Express Shipping International
PO Box 261968
Encino, CA 91426

Express Toll
E-470 Public Hwy Authority
PO Box 5470
Denver, CO 80217

Fairbanks Scales
PO Box 802796
Kansas City, MO 64180

Fedex
PO Box 660481
Dallas, TX 75266

Ferrell Gas
PO Box 173940
Denver, CO 80217


Foremost Forwarding
7724 SW Durham Rd.
Ste. 900
Portland, OR 97224


FP Mailing Solutions
PO Box 157
Bedford Park, IL 60499


Fuel Express
PO Box 896
Mount Pleasant, SC 29465


Go2/Movers Source
701 Lee St.
Ste. 1050
Des Plaines, IL 60016-9000


Group & Pension
Premium Remittance Lockbox
PO Box 971587
Dallas, TX 75397


Guardian
PO Box 677458
Dallas, TX 75267


Hi Line
4500 North Star Blvd.
Great Falls, MT 59405


Home Depot Credit Services
PO Box 9121
Des Moines, IA 50368


IBTX Risk Services
10101 Reunion Place
Ste. 100
San Antonio, TX 78216

Inhouse Systems Inc
3403 S. Kegley Rd.
Temple, TX 76502


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Interstate Van Lines
5801 Rolling Rd.
Springfield, VA 22152


IPFS Corporation
PO Box 730223
Dallas, TX 75373


James Hannigan
18126 Summer Knoll Dr.
San Antonio, TX 78258


James Williams
c/o The Carlson Law Firm
11606 N. IH-35
Austin, TX 78753


Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711


Jet Fwd
PO Box 4359
Torrance, CA 90510


John J. Rockey dba Rockey's Enterprises
19203 Grey Bluff Cove
San Antonio, TX 78258


John J. Rockey dba Rockey's Enterprises
12838 San Pedro Ave
San Antonio, TX 78216

Judson ISD
8012 Shin Oak Dr.
Live Oak, TX 78233


Keyatcha Knight
851 Vossler Loop
San Antonio, TX 78227


Killeen Budget Movers, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Killeen Diesel Service, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Kingdom Cotton of Texas LLC
DBA Bud's Embroidery Outlet
222 Nakoma St.
San Antonio, TX 78216


Linebarger Goggan Blair & Sampson, LLP
The Cleveland Building
1515 Cleveland Plave, Ste. 300
Denver, CO 80202


Linebarger Goggan Blair & Sampson, LLP
11001 W 120th Ave.
Ste. 215
Broomfield, CO 80021


Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Dr.
Ste. 500
Houston, TX 77081


Lone Star Fire & First Aid
449 Culebra
San Antonio, TX 78210


Lucas Pierce
7534 N. Sioux Circle
Colorado Springs, CO 80915

Luttrell + Carmody
One International Centre
101 NE Loop 410, Ste. 615
San Antonio, TX 78216


Miner Central Texas
11827 Tech Com Rd.
Ste. 115
San Antonio, TX 78233


Municipal Services Bureau
CTRMA Processing
PO Box 16777
Austin, TX 78761


National Forwarding Company
2800 W. Roosevelt Rd.
Broadview, IL 60155


New Mexico Taxation and Revenue Dept
PO Box 5188
Santa Fe, NM 87502


North TX Tollways
PO Box 660244
Dallas, TX 75266


O'Reilly
PO Box 9464
Springfield, MO 65801


Penske
c/o PNC Bank
Penske Lockbox 917429
465 N. Halstead, Ste. 160
Pasadena, CA 91107


Perdue Brandon Fielder Collins & Mott
1235 N Loop West
Ste 600
Houston, TX 77008


Pilot Travel Centers
PO Box 11407
Birmingham, AL 35246

Pinnacol Assurance
Dept 500
Denver, CO 80281-0500


Professional Account Mgmt
PO Box 866608
Plano, TX 75086


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


Qwest/Century Link
PO Box 29040
Phoenix, AZ 85038


Randy's High Country Towing, Inc.
1205 E. Las Vegas St.
Colorado Springs, CO 80903


Rebecca Hoffman
3069 Lakefront Dr.
Monument, CO 80132


Reliant Energy
PO Box 650475
Dallas, TX 75265


Republic Services
PO Box 78829
Phoenix, AZ 85062


Richard Roller
2240 Treetop Dr.
Castle Rock, CO 80109


River Link
103 Quartermaster Ct.
Jeffersonville, IN 47130


Rockey's Moving & Storage, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542

Rockey's Van Lines, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Rohit Shukla
Bldg. 1663
Room 219B
Ft. Carson, CO 80913


Ronald Hornberger
Plunkett, Griesenbeck & Mimari, Inc.
1635 NE Loop 410, Ste. 900
San Antonio, TX 78209


Ruslaan Nationwide Budget Movers, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


SDDC
1 Soldier Way
Room 3129
Scott Air Force Base, IL 62225-5006


Simplexgrinnell
Dept CH 10320
Palatine, IL 60055-0320


Stevens Worldwide
527 Morley Dr.
Saginaw, MI 48601


Suddath
PO Box 5830
Jacksonville, FL 32247


Tax Appraisal District of Bell County
PO Box 390
Belton, TX 76513


Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Dept of Motor Vehicles
2203 Austin Ave.
Waco, TX 76701


Texas Dept of Transportation
2203 Austin Ave.
Waco, TX 76701


Texas Mutual
6210 E Hyw. 290
Austin, TX 78723


Texas Relocation Systems, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Texas Workforce Commission
TWC Builing - Regulatory Integrity Divis
101 E. 15th Street
Austin, TX 78778-0001


The Bank of San Antonio
8000 IH 10 W
Suite 1100
San Antonio, TX 78230


Thom Kar, Inc.
1008 Illinois Ave.
Killeen, TX 76541


Tier One Relocation
490 Park Dr.
Ste. 102
Weirton, WV 26062


Time Warner Cable
PO Box 60074
City of Industry, CA 91716


TMM, Inc.
6440 Southpoint Pkwy.
Ste. 200
Jacksonville, FL 32216

Tom Burtchi
12638 Chianti Ct.
Colorado Springs, CO 80921


Towne Services of Killeen
PO Box 10220
Killeen, TX 76547


Transpo Services LTD - Cartwright
4411 E. 119th St.
Grandview, MO 64030


TX Tag
PO Box 650749
Dallas, TX 75265


U.S. Dept. of Transportation
Federal Motor Carrier Safety Administrat
Golden Hills Office Centre
12600 W. Colfax Ave., Ste. B-300
Denver, CO 80215


United States Attorney General
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530


United States Dept of Justice
601 NW Loop 410, Suite 600
San Antonio, TX 78216


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


US Dept of Labor - Wage & Hour
1155 Kelly Johnson Blvd
Ste. 306
Colorado Springs, CO 80920


Victory Packaging
PO Box 844138
Dallas, TX 75284

Warrell Spence
4100 Elf Trail
Belton, TX 76513


Waste Management
PO Box 78251
Phoenix, AZ 85062


Ziggy
PO Box 9281
Colorado Springs, CO 80932

# United States Bankruptcy Court
## Western District of Texas

In re **Rockey's Moving & Storage, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rockey's Moving & Storage, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Escondido Ventures, LLC**
**2305 S. Ft. Hood St.**
**Killeen, TX 76542**

☐ None [*Check if applicable*]

May 31, 2017

Date

**/s/ William B. Kingman**

**William B. Kingman**

Signature of Attorney or Litigant

Counsel for **Rockey's Moving & Storage, LLC**

**Law Offices of William B. Kingman, PC**
**3511 Broadway**
**San Antonio, TX 78209**
**(210) 829-1199 Fax:(210) 821-1114**
**bkingman@kingmanlaw.com**